AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

---

**OFFENSE CHARGED**

18 U.S.C. §§ 2252(a)(2) and (b)(1) - Distribution of Child Pornography
18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) - Possession of Child Pornography

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   See attached penalty sheet

---

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

FILED

**DEFENDANT - U.S**

JEFFREY ROGER PHILLIPS

FEB 27 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

DISTRICT COURT NUMBER

CR 20 0099 JST

---

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE
  } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
  } MAGISTRATE CASE NO.
  4-20-70175

Name and Office of Person Furnishing Information on this form   DAVID L. ANDERSON

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   JONATHAN U. LEE, AUSA

---

## DEFENDANT

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☒ On this charge

5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Federal ☐ State
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   If "Yes" give date filed
                            ☐ No

DATE OF ARREST   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY   Month/Day/Year

☐ This report amends AO 257 previously submitted

---

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                              Before Judge:

Comments:

# PENALTY SHEET

## Distribution of Child Pornography, 18 U.S.C. § 2252(a)(2), (b)(1)

### Maximum Penalties:

- Maximum 20 years imprisonment;
- Minimum 5 years imprisonment;
- Maximum fine $250,000;
- Maximum supervised release term of life;
- Minimum supervised release term of 5 years;
- $100 special assessment;
- $5,000 special assessment per 18 U.S.C. § 3104(a);
- Restitution; and
- Forfeiture.

## Possession of Child Pornography, 18 U.S.C. § 2252(a)(4)(B) and (b)(2)

### Maximum Penalties:

- Maximum 20 years imprisonment;
- Maximum fine $250,000;
- Maximum supervised release term of life;
- Minimum supervised release term of 5 years;
- $100 special assessment;
- $5,000 special assessment per 18 U.S.C. § 3104(a);
- Restitution; and
- Forfeiture.

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE:  Oakland

FILED

FEB 27 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES OF AMERICA,

**V.**

JEFFREY ROGER PHILLIPS,

## CR 20 099 JST

DEFENDANT.

INDICTMENT

18 U.S.C. §§ 2252(a)(2) and (b)(1) – Distribution of Child Pornography;
18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) – Possession of Child Pornography;
18 U.S.C. § 2253(a) – Criminal Forfeiture

A true bill.

_____ Foreman

Filed in open court this 27 day of Feb. 2020

Susan Soong
_____ Clerk

Bail, $ NO BAIL WARRANT 2/27/20

**Kandis A. Westmore**

1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2

3

4

5

6

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11  UNITED STATES OF AMERICA,            )   CASE NO. CR 20 099 JST
                                         )
12         Plaintiff,                    )   VIOLATIONS:
                                         )   18 U.S.C. §§ 2252(a)(2) and (b)(1) – Distribution of
13     v.                                )   Child Pornography;
                                         )   18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) – Possession
14  JEFFREY ROGER PHILLIPS,              )   of Child Pornography;
                                         )   18 U.S.C. § 2253(a) – Criminal Forfeiture
15         Defendant.                    )
                                         )   OAKLAND VENUE
16                                       )
                                         )
17                                       )
                                         )
18

19                            I N D I C T M E N T

20  The Grand Jury charges:

21  COUNT ONE:          (18 U.S.C. §§ 2252(a)(2) and (b)(1) – Distribution of Child Pornography)

22
    On or about January 8, 2020, in the Northern District of California, the defendant,
23
                            JEFFREY ROGER PHILLIPS,
24
    did knowingly distribute a visual depiction, using a means and facility of interstate and foreign
25
    commerce, and the production of such visual depiction involved the use of a minor engaging in sexually
26
    explicit conduct, and which visual depiction was of such conduct, all in violation of Title 18, United
27
    States Code, Sections 2252(a)(2) and (b)(1). Specifically, defendant distributed a video depicting an
28

INDICTMENT

1  adult male attempt to penetrate a prepubescent female's vagina with his penis and then having the minor

2  perform an oral sex act on his penis.

3  COUNT TWO:          (18 U.S.C. §§ 2252(a)(2) and (b)(1) – Distribution of Child Pornography)

4        On or about January 29, 2020, in the Northern District of California, the defendant,

5                              JEFFREY ROGER PHILLIPS,

6  did knowingly distribute a visual depiction, using a means and facility of interstate and foreign

7  commerce, and the production of such visual depiction involved the use of a minor engaging in sexually

8  explicit conduct, and which visual depiction was of such conduct, all in violation of Title 18, United

9  States Code, Sections 2252(a)(2) and (b)(1). Specifically, defendant distributed a video depicting a

10  minor female committing an oral sex act on an adult male's penis.

11  COUNT THREE:        (18 U.S.C. §§ 2252(a)(2) and (b)(1) – Distribution of Child Pornography)

12        On or about January 29, 2020, in the Northern District of California, the defendant,

13                              JEFFREY ROGER PHILLIPS,

14  did knowingly distribute a visual depiction, using a means and facility of interstate and foreign

15  commerce, and the production of such visual depiction involved the use of a minor engaging in sexually

16  explicit conduct, and which visual depiction was of such conduct, all in violation of Title 18, United

17  States Code, Sections 2252(a)(2) and (b)(1). Specifically, defendant distributed a video depicting an

18  adult male penetrating a prepubescent female's vagina with his penis.

19  COUNT FOUR:         (18 U.S.C. §§ 2252(a)(2) and (b)(1) – Distribution of Child Pornography)

20        On or about January 29, 2020, in the Northern District of California, the defendant,

21                              JEFFREY ROGER PHILLIPS,

22  did knowingly distribute a visual depiction, using a means and facility of interstate and foreign

23  commerce, and the production of such visual depiction involved the use of a minor engaging in sexually

24  explicit conduct, and which visual depiction was of such conduct, all in violation of Title 18, United

25  States Code, Sections 2252(a)(2) and (b)(1). Specifically, defendant distributed a video depicting a

26  female of unknown age committing an oral sex act on a prepubescent minor male's penis.

27  COUNT FIVE:         (18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) – Possession of Child Pornography)

28        On or about January 8, 2020 to February 12, 2020, in the Northern District of California, the

INDICTMENT                                    2

1  defendant,

2                              JEFFREY ROGER PHILLIPS,

3  did knowingly possess matter which contained at least one visual depiction that was produced using

4  materials that had been mailed, shipped, and transported using any means and facility of interstate and

5  foreign commerce, including by computer, the production of which visual depiction involved the use of

6  a prepubescent minor engaging in sexually explicit conduct, which visual depiction was of such conduct,

7  all in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

8  FORFEITURE ALLEGATION:      (18 U.S.C. § 2253(a))

9         The allegations contained in this Indictment are re-alleged and incorporated by reference for the

10  purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

11        Pursuant to Title 18, United States Code, Section 2253, upon conviction of the offenses set forth

12  in this Indictment, the defendant,

13                              JEFFREY ROGER PHILLIPS,

14  shall forfeit to the United States of America:

15              a.  any visual depiction described in Title 18, United States Code, Sections 2251 or

16                  2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter

17                  which contains any such visual depiction, which was produced, transported, mailed,

18                  shipped or received in violation of Title 18, United States Code, Chapter 110;

19              b.  any property, real or personal, constituting or traceable to gross profits or other

20                  proceeds obtained from the offenses; and

21              c.  any property, real or personal, used or intended to be used to commit or to promote

22                  the commission of the offenses.

23        The property to be forfeited includes, but is not limited to:

24              a.  ASUS Computer Tower, S/N: 211717489710;

25              b.  MacBook Pro (black and silver), Model: A1502, S/N: C02PK3X2FVH5;

26              c.  Apple iPhone w/ shattered screen (black) and case, Model: A1661; FCC ID: BCG-

27                  E3087A; and

28              d.  Samsung Galaxy Note 9 (black) and Otter Box case, Model: SM-N960U, IMEI:

INDICTMENT                          3

1   358620092933855; S/N: R38KA0C2GFB.

2   If any of the property described above, as a result of any act or omission of the defendant:

3       a.   cannot be located upon exercise of due diligence;

4       b.   has been transferred or sold to, or deposited with, a third party;

5       c.   has been placed beyond the jurisdiction of the court;

6       d.   has been substantially diminished in value; or

7       e.   has been commingled with other property which cannot be divided without difficulty,

8   the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21,

9   United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b)

10  and Title 28, United States Code, Section 2461(c).

11  All pursuant to Title 18, United States Code, Section 2253, Title 28, United States Code,

12  Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

14  DATED:

15  2-27-2020

A TRUE BILL.

FOREPERSON

19  DAVID L. ANDERSON
    United States Attorney

21  JONATHAN U. LEE
22  Assistant United States Attorney

INDICTMENT                    4